**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 02-1751

———————————

MAURICE BETHEA,

                                        Plaintiff - Appellant,

        versus

SOUTHEASTERN REGIONAL MEDICAL CENTER, a/k/a
Robeson   County   Memorial   Hospital,
Incorporated, a/k/a Baker-Thompson Memorial
Hospital, Incorporated, a/k/a Southeastern
General   Hospital,   Incorporated,   a/k/a
Southeastern   Regional   Medical   Center,
Incorporated; BRUCE B. BERGSTRESSER,

                                        Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington.  James C. Fox, Senior
District Judge.  (CA-01-62-7-F)

———————————

Submitted:  April 16, 2003            Decided:  May 2, 2003

———————————

Before WILKINSON and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Daniel F. Read, Durham, North Carolina, for Appellant.  James
Bernard Spears, Jr., Jerry Howard Walters, Jr., HAYNSWORTH,
BALDWIN, JOHNSON & GREAVES, L.L.C., Charlotte, North Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Maurice Bethea appeals the district court's order granting summary judgment in favor of the Defendants, thereby dismissing his complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court. See Bethea v. Southeastern Regional Medical Center, No. CA-01-62-7-F (E.D.N.C. June 6, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED